UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV294

| | | |
|---|---|---|
| MAGIKA TERRY, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLOTTE AREA TRANSPORTATION SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of Plaintiff Terry's case. On August 2, 2006, this Court ordered the plaintiff to show cause by August 25, 2006, why her case should not be dismissed following a year's inactivity in pursuing the matter. It is now January 26, 2007, and the plaintiff has not responded.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff Terry's case be **DISMISSED.**

Signed: January 26, 2007

Robert J. Conrad, Jr.
Chief United States District Judge

1